**PHILLIPS DAYES LAW GROUP PC**
ATTORNEYS AT LAW
Suite 1500
3101 North Central Avenue
Phoenix, Arizona 85012
(602) 258-8900
minute_entries@phillipslaw.com

TREY DAYES
Arizona Bar No. 020805
treyd@phillipslaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Ronda Accola, a single woman<br>　　　　　　Plaintiff,<br><br>vs.<br><br>Dental Specialty Associates, PLC, an Arizona Professional LLC.; Brian Lilien and Jane Doe Lilien, husband and wife; Lior Berger and Jane Doe Berger, husband and wife,<br><br>　　　　　　Defendants. | Case No.: 2:13-cv-00953-DKD<br><br>**NOTICE OF SETTLEMENT AND MOTION TO VACATE SCHEDULING CONFERENECE** |

　　　Parties hereby give notice that they have reached a settlement of this matter and that a Stipulation of Dismissal of this case is forthcoming.

　　　The Parties move to vacate the Scheduling Conference set for July 15, 2013.

Dated: July 11, 2013

Respectfully submitted,　　　　　　PHILLIPS DAYES LAW GROUP, P.C.

　　　　　　　　　　　　　　　　　　By  /s/Trey  Dayes  ____
　　　　　　　　　　　　　　　　　　　　Trey Dayes
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs

                                            Moyes, Sellers & Hendricks

                                            By /s/ Travys Harvey
                                            Travys Harvey
                                            Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2013, I electronically transmitted the above pleading to the Clerk's Office using the CM/ECF filing system and transmittal of a Notice of Electronic Filing to all parties have entered an appearance in this matter as follows:

Trey Dayes, Esq. (SBN 020805)
Phillips Dayes Law Group, PC
3101 North Central Ave, Suite 1500
Phoenix, AZ 85012
Treyd@phillipslaw.com
*Attorney for Plaintiff*

Keith Lorin Hendricks
Moyes Sellers & Hendricks - Phoenix, AZ
1850 N Central Ave., Ste. 1100
Phoenix, AZ 85004
khendricks@law-msh.com
*Attorney for Defendants*

**Travys Dee Harvey**
Moyes Sellers & Hendricks - Phoenix, AZ
1850 N Central Ave., Ste. 1100
Phoenix, AZ 85004
tharvey@law-msh.com
*Attorney for Defendants*


By: /s/   Ashley Williams
Associate Attorney, Phillips Dayes Law Group, PC