IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ronda Accola,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Dental Specialty Associates, PLC, et al.,<br><br>　　　　　　Defendants. | No.  CV-13-0953-PHX-DKD<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

　　　The parties having submitted their Stipulation for Dismissal with Prejudice (Doc. 18), and good cause appearing,

　　　**IT IS HEREBY ORDERED** dismissing the above-captioned case as to all parties and all claims with prejudice.

　　　**IT IS FURTHER ORDERED** that the parties shall pay attorneys' fees in accordance with the Settlement Agreement entered into by the parties.

　　　Dated this 5th day of August, 2013.

_____
David K. Duncan
United States Magistrate Judge